IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

JUL 3 2019

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA

v.

DEBBIE J. DEVOE

Case No. 2:19mj381
Court Date: August 15, 2019

CRIMINAL INFORMATION

COUNT ONE
(Misdemeanor)-Violation Notice No. 6118370

THE UNITED STATES ATTORNEY CHARGES:

That on or about June 21, 2019, at the Commissary Store at Joint Expeditionary Base Little Creek, Virginia Beach, Virginia, in the Eastern District of Virginia, the defendant, DEBBIE J. DEVOE, did willfully and knowingly steal and purloin property of the United States of a value less than $1,000.00.

(In violation of Title 18, United States Code, Section 641.)

COUNT TWO
(Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES:

That on or about June 21, 2019, at the Commissary Store at Joint Expeditionary Base Little Creek, Virginia Beach, Virginia, in the Eastern District of Virginia, the defendant, DEBBIE J. DEVOE, did conspire with JONELL CLARK JR. to commit an offense against the United States, to wit: stealing and purloining property of the United States of a value less than $1,000.00.

(In violation of Title 18, United States Code, Sections 371 and 641.)

RECEIVED
2019 JUL -1  P 3:37
CLERK US DISTRICT COURT
NORFOLK, VIRGINIA

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: /s/ James T. Cole
James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Cole@usdoj.gov

CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

/s/ James T. Cole
James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Cole@usdoj.gov

1 July 2019
Date

2